PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.          Luis Javier Verduzco          Docket No.          2:09CR00156-002

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Luis Javier Verduzco who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 12th day of November 2009 under the following conditions:

**Standard Condition #5:** Defendant shall not possess a firearm, destructive device or other danger weapon.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Luis Javier Verduzco violated the conditions of his pretrial supervision by having possession of a firearm on January 28, 2010.

### PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 12, 2010

by   s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

02/16/2010
Date